IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM P. GRESS, on behalf of plaintiff and the class members defined herein, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 14 C 7357 ) ) |
| PROGENE LLC, PROGENE HEALTHCARE, INC., and JOHN DOES 1-10, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Plaintiff Dr. William P. Gress' motion to modify the dismissal orders (*Dkt. Nos. 21-22*) is granted. (*Dkt. No. 23*) This case is dismissed without prejudice and with leave to reinstate by June 19, 2015. The court retains jurisdiction to enforce the parties' settlement. Plaintiff's class claims against defendants Progene LLC and Progene Healthcare, Inc. are dismissed without prejudice. Plaintiff's claims against John Does 1-10 are dismissed without prejudice.

ENTER:

Dated: February 13, 2015

_____
United States District Judge